IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AVERY MIGUEL PERRY, SR.,** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | |
| v. | : | **NO. 22-CV-2962** |
| | : | |
| **HON. JUDGE SILOW** | : | |
| *Defendant* | : | |

**O R D E R**

**AND NOW**, this 4th day of August, 2022, upon consideration of Plaintiff Avery Miguel Perry, Sr.'s *motion to proceed in forma pauperis*, (ECF No. 2), and *pro se* Complaint, (ECF No. 1), it is hereby **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED**, **with prejudice**, for the reasons set forth in the accompanying Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*